**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/24

March 29, 2024

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *United States v. Bashiru Ganiyu*
23-cr-331 (LAK)

Dear Judge Kaplan:

    This letter is submitted on behalf of my client, Mr. Bashiru Ganiyu. The deadline for Defendant's proposed voir dire and requests to charge was March 15, 2024. The deadline for opposition to motions in limine was March 22, 2024. Due to a number of factors, I have missed these deadlines. I have been dealing with two sick/injured family members and my own health concerns, including my own broken foot. Additionally, Mr. Elman has been recovering from his own surgery. However, these reasons do not excuse the failure on my part to meet the Court's deadlines or the potential harm I have caused my client. It is respectfully requested that your Honor grant me until Monday, April 1, 2024, to file the proposed documents.

    The government, through A.U.S.A. Danielle Kudla, takes no position on this request.

Respectfully submitted,

*/s/ Meredith Heller*
Meredith S. Heller

Cc:    A.U.S.A. Danielle Kudla (via ECF)
       A.U.S.A. Matthew Weinberg (via ECF)
       Mitchell Elman, Esq. (via ECF)

**Granted.**         **3/29/24**

SO ORDERED
*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ