UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X



UNITED STATES OF AMERICA

    - v. -

BASHIRU GANIYU,

    *Defendant.*

-------------------------------------------------------X

S1 23-cr-331 (LAK)

IT IS HEREBY ORDERED THAT:

1. The Bureau of Prisons – Metropolitan Detention Center ("MDC"), 80 29th Street, Brooklyn, NY 11232, is directed to receive and accept the following items on behalf of BASHIRU GANIYU, Reg. No. -054:

    a. Two (2) pairs of dress pants;
    b. Two (2) dress shirts;
    c. One (1) suit jacket;
    d. One (1) sweater;
    e. One (1) tie;
    f. One (1) belt;
    g. Two (2) pairs of dress socks; and
    h. One (1) pair of shoes.

2. These items will be delivered in preparation for Mr. Ganiyu's trial, starting on April 16, 2024.

3. The United States Marshal is directed to facilitate the defendant getting dressed in these clothes prior to his appearance each day of trial in this case.

DATED: April 11, 2024

SO ORDERED: _____
LEWIS A. KAPLAN, U.S.D.J.