**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 18, 2024

**BY ECF AND EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Bashiru Ganiyu*, 23 Cr. 331 (LAK)

Dear Judge Kaplan:

The Government writes with respect to sentencing of the above-captioned defendant, scheduled for November 18, 2024. Specifically, the Government is enclosing two additional Victim Impact Statements that it recently received in connection with this sentencing. The first statement, identified as Supplemental Statement 1, was written by the same victim who submitted Statement 6 in Exhibit A to the Government's November 12, 2024 sentencing submission. The statement initially submitted for this victim had been drafted in advance of the sentencing of co-defendant Joshua Ntella Bissah. The victim has now updated her statement.

The second statement, identified as Supplemental Statement 2, was written by the same victim who submitted Statement 3 in Exhibit A to the Government's sentencing submission. This victim recently submitted an additional statement.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
Danielle Kudla / Matthew Weinberg
Assistant United States Attorneys
(212) 637-2304 / 2386

Cc:   Defense Counsel (by ECF and Email)