1524700Z.1.50-51
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

FILED
U.S. DISTRICT COURT
2026 NOV 18 AM 11:43
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHIRU GANIYU,<br>Petitioner,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br>Respondent. | 23 Cr. 331 (LAK)<br>26 Cv. 7660 (LAK) |

**PETITIONER'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN EXCESS OF THE WORD LIMIT OF LOCAL CIVIL RULE 7.1(c)**

Petitioner Bashiru Ganiyu, *pro se*, respectfully moves for leave to file his reply memorandum of law in further support of his motion under 28 U.S.C. § 2255, submitted herewith, at its present length of 14,469 words, in excess of the 3,500-word limit that Local Civil Rule 7.1(c) sets for reply memoranda. In support, Petitioner states:

1. The Court granted Petitioner leave to file an opening memorandum in excess of the word limit and directed the Government to respond (Dkt. 115). The opening memorandum presents thirteen grounds for relief arising at four stages of the case: plea negotiations, trial, sentencing, and direct appeal.
2. The Government's opposition (Dkt. 119) responds to each ground and raises matters that require an answer. Among them are its request, in the alternative, for an order directing Petitioner to execute a privilege waiver so that former counsel may submit an affidavit; its reliance on authorities whose holdings and procedural posture must be described accurately; and its silence on Petitioner's pending Rule 6(a) motion for leave to conduct discovery.
3. The reply is confined to answering the Government's arguments, ground by ground, with

15247007.1.51-51

citations to the record. It does not restate the opening memorandum. Dividing 3,500 words among thirteen grounds and the threshold questions of a hearing, the privilege, and discovery would leave fewer than 250 words for each.

4. Petitioner is incarcerated and proceeds without counsel. His submissions are to be read "to raise the strongest arguments that they suggest." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (quotation omitted). A complete reply will assist the Court in deciding whether an evidentiary hearing is required under 28 U.S.C. § 2255(b).

5. The Government will suffer no prejudice. The reply responds to the Government's own arguments, and the materials it cites are the record of this case, the Government's filings, and the record of the companion prosecution the Government conducted.

WHEREFORE, Petitioner respectfully requests leave to file his reply memorandum in the length submitted.

Dated: White Deer, Pennsylvania
November 10, 2026

Respectfully submitted,

Bashiru Ganiyu, *Pro Se*
Reg. No. 69417-054
FCI Allenwood Low
P.O. Box 1000
White Deer, PA 17887

Granted. Clerk to mail order to Def.
11/24/24